ROGER J. ROSEN, California Bar No. 88964
Attorney at Law
1801 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 557-1242
Facsimile: (310) 203-2150
Email: rogerjrosen@juno.com and roger12@pacbell.net

PAMELA O'LEARY TOWER, #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00177 HG |
| Plaintiff, | |
| vs. | EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE; DECLARATION OF ROGER J. ROSEN; CONSENT OF PAMELA O'LEARY TOWER; ORDER GRANTING EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE |
| TRENT ALLEN WOODMORE, | |
| Defendant. | |

EX PARTE APPLICATION
FOR ADMISSION PRO HAC VICE

COMES NOW Roger J. Rosen, and pursuant to Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii, applies to this court for the admission of Roger J. Rosen to practice before the United States District Court for the District of Hawaii pro hac vice.

This application is supported by the Declaration of Roger J. Rosen and the Consent of Pamela O'Leary Tower attached hereto.

DATED: Honolulu, Hawaii, January 31, 2007


ROGER ROSEN