IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRENT ALLEN WOODMORE, | ) | DECLARATION OF |
| | ) | ROGER ROSEN |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF ROGER ROSEN

I, ROGER ROSEN, under penalty of perjury, do hereby declare:

1. I hereby apply to the court under Local Rule 83.1(e) for permission to appear and participate in the above-captioned matter on behalf of Defendant Trent Allen Woodmore, by whom I have been retained.

2. I am associated with the Law Office of Roger J. Rosen whose offices are located at 1801 Avenue of the Stars, Los Angeles, California 90067, phone 310-557-1242, facsimile 310-203-2150. My residence address is 10016 Cheviot Drive, Los Angeles, California, 90064, phone (310) 280-0117.

3. I am of good moral character and have been retained by Mr. Woodmore to appear in this court on his behalf.

4. I am a member in good standing of the bars of the following courts and eligible to practice in:

| Court | Date |
|---|---|
| State of California | 1971 |
| ~~State of~~ | |
| U.S. District Court for the Central District of California | 1971 |
| U.S. District Court for the Southern District of California | late 1970's |
| U.S. District Court for the Eastern District of California | mid 1980's |
| " " " " " Northern " " " | late 1970's |

5. I have not been previously granted leave to appear *pro hac vice* in this court in this past year.

6. I do not reside in Hawaii and I am not a member of the bar of the United States District Court for the District of Hawaii.

7. I am not currently suspended or disbarred in any other court.

8. I designate Pamela O'Leary Tower, an attorney who is a member of the bar of this Court and who maintains an office within this district, as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served.

2

9.      This case will not be delayed by the granting of applicant's application.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the local rules, the local criminal rules, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence.

DATED: Honolulu, Hawaii, January 3\_, 2007.

ROGER J. ROSEN