IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | CONSENT OF |
| | ) | PAMELA O'LEARY TOWER |
| vs. | ) | |
| | ) | |
| TRENT ALLEN WOODMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT OF PAMELA O'LEARY TOWER

I, PAMELA O'LEARY TOWER, an active member in good standing of this court, have been associated as co-counsel for Defendant Trent Allen Woodmore by Roger J. Rosen. I shall at all times meaningfully participate in the case with the authority and responsibility to act as attorney of record for all purposes, and I shall be the person with whom this court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. My address is 1330 Pacific Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, and my telephone number is (808) 526-9500.

DATED: Honolulu, Hawaii, ~~January~~ April 26, 2007.

_____
PAMELA O'LEARY TOWER