# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239227 |
|---|---|
| Trans | 145276 |

Received From:      **ROGER J. ROSEN**
Case Number:
Reference Number:   CR 02-177HG

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | Total | 225.00 |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

04/26/2007 10:17:42 AM      Deputy Clerk:  lg/AG