IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRENT ALLEN WOODMORE, | ) | ORDER GRANTING EX PARTE |
| | ) | APPLICATION FOR ADMISSION |
| Defendant. | ) | PRO HAC VICE |
| | ) | |

ORDER GRANTING EX PARTE
APPLICATION FOR ADMISSION PRO HAC VICE

Defendant's Ex Parte Application for Admission Pro Hac Vice of Roger J. Rosen to practice before the United States District Court for the District of Hawaii in the above-entitled matter, and the Declaration of Roger J. Rosen and Consent of Pamela O'Leary Tower attached hereto having been considered by the court, and the court finding good cause,

IT IS HEREBY ORDERED that the Ex Parte Application for Admission Pro Hac Vice of Roger J. Rosen to practice before the United States District Court for the District of Hawaii in the above-entitled case is hereby GRANTED.

DATED: Honolulu, Hawaii, __4·27·2007__.

_____
UNITED STATES MAGISTRATE JUDGE

---

EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE; United States District Court, District of Hawaii, U.S. v. Trent Allen Woodmore, CR NO. 02-00177 HG.