**ORIGINAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

CANDACE KELLY  CA BAR 191473
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2850
Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**LODGED**

JUL 12
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>TRENT WOODMORE,     (02)  )<br>  )<br>           Defendant.  )<br>_____) | CR. NO. 02-00177-02 HG<br><br>APPLICATION AND ORDER FOR<br>WRIT OF HABEAS CORPUS AD<br>PROSEQUENDUM |

APPLICATION AND ORDER FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Detective Bureau, Cuyahoga County, Sheriff Department, 1215 West Third St., Cleveland, Ohio, 44113, in the custody of the Detective Bureau thereof, the defendant Trent Woodmore, aka "Vonce Jordan" in the above-entitled case, which case will be called for initial appearance on the 7th day of September, 2007, at the hour of 10:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Leslie E. Kobayashi,

United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Detective Bureau, to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Detective Bureau commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Leslie E. Kobayashi in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Cuyahoga County, Sheriff Department, 1215 West Third St., Cleveland, Ohio, 44113.

DATED: July 12, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ C. Kelly
CANDACE KELLY
Assistant U.S. Attorney

O R D E R

      Upon reading and filing the foregoing Application in that behalf;

      IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

      DATED: Honolulu, Hawaii, _____JUL 13 2007_____.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Trent Woodmore
Cr. No. 02-00177-02 HG

Application and Order for Writ of
Habeas Corpus Ad Prosequendum