ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2007

at __1__ o'clock and __00__ min __P__ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

CANDACE KELLY  CA BAR 191473
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile: (808)  541-2958
Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED

JUL 12 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00177-02 HG |
| Plaintiff, | ) WRIT OF HABEAS CORPUS AD<br>) PROSEQUENDUM |
| vs. | ) |
| TRENT WOODMORE,        (02), | ) |
| Defendant. | ) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Detective Bureau, Cuyahoga County, Sheriff Department,
     1215 West Third St., Cleveland, Ohio, 44113; and to the
     United States Marshal for the Northern District of Ohio, or
     his/her assistant.

G R E E T I N G S

We command that you, the Detective Bureau, Cuyahoga County, Sheriff Department, 1215 West Third St., Cleveland, Ohio, 44113, produce the body of Trent Woodmore, aka "Vonce Jordan" now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the

Honorable Leslie E. Kobayashi, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Friday, September 7, 2007, the hour of 10:00 a.m. for Initial Appearance of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said Trent Woodmore, aka "Vonce Jordan" shall remain with the United States Marshal. The delivery of the body of said Trent Woodmore, aka "Vonce Jordan" by the United States Marshal to the courtroom of the Honorable Leslie E. Kobayashi as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said Trent Woodmore, aka "Vonce Jordan" to the custody of the Detective Bureau, Cuyahoga County, Sheriff Department, 1215 West Third St., Cleveland, Ohio, 44113, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Leslie E. Kobayashi, Magistrate of the United States District Court for the District of Hawaii.

DATED: ____JUL 1 3 2007____, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. Trent Woodmore
Cr. No. 02-00177-02 HG
"Writ of Habeas Corpus Ad Prosequendum"