# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00177HG |
| CASE NAME: | USA vs. (02) TRENT ALLEN WOODMORE, aka "MJ", aka "Shoreline" |
| ATTYS FOR PLA: | Candace Kelly |
| ATTYS FOR DEFT: | (02) Pamela O'Leary tower |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 09/10/2007 | TIME: | 10:35-10:37 |

COURT ACTION: EP: Initial Appearance; A & P as to the Indictment - Defendant (02) Trent Allen Woodmore present in custody.

Charges received. Defendant waives public reading of the Indictment. Plea of Not Guilty entered.

Jury Selection/Trial set for 9:00 11/6/07, HG.
Final Pretrial Conference set for 2:00 10/9/07, KSC.
Defendant's Motions due 9/25/07.
Government's Response due 10/9/07.

Oral Motion to Detain Granted. Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager