EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

CANDACE KELLY CSBN 191473
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 02-0177-HG-02 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| TRENT ALLEN WOODMORE,  (02) | ) | |
| Defendant. | ) | |

ORDER TO DETAIN DEFENDANT WITHOUT BAIL

   This matter came before the Court on the oral motion of the United States to detain the defendant without bail pursuant to 18 U.S.C. § 3142.  A hearing was held on September 10, 2007.  The Court reviewed the Indictment in this case and also noted that the defendant is currently serving a 120-month sentence on a separate case.  The defendant did not seek release on bail.

The Court has considered the factors in 18 U.S.C. § 3142(g). Based upon a review of the foregoing, the Court grants the Motion to Detain, finding by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released, and by clear and convincing evidence that the defendant is a danger to the community. The Court makes these findings after considering *inter alia*: the nature and circumstances of the offense charged and the defendant's current status as a federal prisoner.

Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the

//
//
//
//
//

defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED: Honolulu, Hawai`I, September 14, 2007.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES v. TROY BAKER,
Mag. No. 07-00452 SOM
Order To Detain Defendant Without Bail