ROGER J. ROSEN, California Bar No. 88964
Attorney at Law
1801 Avenue of the Stars
Los Angeles, California 90067
Telephone:  (310) 557-1242
Email: rogerjrosen@juno.com

PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TRENT ALLEN WOODMORE, <br><br> Defendant. | CR. NO. 02-00177 HG <br><br><br><br><br><br><br><br> DEFENDANT'S MOTION TO CONTINUE TRIAL; DECLARATION OF COUNSEL and CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION TO CONTINUE TRIAL

COMES NOW Defendant TRENT ALLEN WOODMORE, by and through his attorneys, Roger J. Rosen and Pamela O'Leary Tower, and moves this Court to continue the trial week of this case which is presently scheduled November 6, 2007.

This motion is based on the attached declaration of counsel and such evidence as is presented at the hearing on this motion.

DATED: Honolulu, Hawaii, October 7, 2007.

/s/ Pamela O'Leary Tower
PAMELA O'LEARY TOWER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TRENT ALLEN WOODMORE, | ) | |
| | ) | DECLARATION OF |
| Defendant. | ) | PAMELA O'LEARY TOWER |
| | ) | |

DECLARATION OF PAMELA O'LEARY TOWER

I, PAMELA O'LEARY TOWER, under penalty of perjury, do hereby declare:

1. I am local counsel for Roger J. Rosen, counsel for Defendant Trent Allen Woodmore.

2. Trial in this matter is presently set for November 6, 2007.

3. Mr. Rosen has been engaged in the nearly six-month long trial of Phil Spector.

4. A mistrial was declared in the Spector matter on September 26, 2007.

5. Because of his obligation to Phil Spector and that trial, Mr. Rosen has been unable to attend to Mr. Woodmore's case.

6. Due to a bureaucratic mix-up in destination orders, Mr. Woodmore was inexplicably sent to Ohio from North Carolina rather than directly to Hawaii to answer these charges. As a result, he not arrive in Hawaii until August, 2007.

7. Mr. Woodmore is detained at FDC Honolulu pending resolution of this matter.

8. Mr. Woodmore pleaded guilty and was sentenced in a federal drug case in North Carolina. He is currently serving that sentence and he does not oppose a continuance of this matter.

9. AUSA Candace Kelly is not opposed to continuing this matter.

10. This is the first request to continue trial in this matter.

11. A continuance will allow the parties to resolve this matter in a manner most favorable to Mr. Woodmore given his current sentence.

12. A continuance will serve the interests of justice and ensure that Mr. Woodmore receives the full benefit of his Sixth Amendment right to effective assistance of counsel.

13. Mr. Woodmore is willing to waive speedy trial.

14. Wherefore, Mr. Woodmore respectfully requests that the instant motion be granted and that trial in this matter be continued to a date in January 2008.

15.     I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the local rules, the local criminal rules, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence.

DATED:  Honolulu, Hawaii, October 7, 2007.

/s/ Pamela O'Leary Tower
PAMELA O'LEARY TOWER

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served Electronically through CM/ECF:

    CANDACE KELLY                        Candace.Kelly@usdoj.gov
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813

    Attorney for the United States


    DATED:    Honolulu, Hawaii, October 7, 2007.


                              /s/ Pamela O'Leary Tower
                            PAMELA O'LEARY TOWER
                            Attorney for TRENT ALLEN WOODMORE