# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR02-00177HG |
| CASE NAME: | USA v. (02) Trent Allen Woodmore, aka "MJ", aka "Shoreline" |
| ATTYS FOR PLA: | Candace Kelly |
| ATTYS FOR DEFT: | (02) Pamela O'Leary Tower |
| | (02) Pamela O'Leary Tower for Roger Rosen |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/9/2007 | TIME: | 2:15-2:17:50pm |

COURT ACTION:  EP:
1. Defendant (02) Trent Allen Woodmore's Motion to Continue Trial [393]
2. Final Pretrial Conference

Defendant's presence waived.

Defendant (02) Trent Allen Woodmore's Motion to Continue Trial [393]. There being no objection by the government, Motion to Continue Trial granted. New trial date given.

Jury Selection/Trial: 1/15/08, 9:00am, Judge Gillmor
Final Pretrial Conference: 12/17/07, 10:00am, Judge Kobayashi
Motions due: 12/4/07
Response due:   12/18/07

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial. The court orders that the period from 11/6/07 to and including 1/15/08 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager