EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

CANDACE KELLY CA BAR #191473
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00177 HG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | TRIAL DATE AND EXCLUDING |
| vs. ) | TIME UNDER THE SPEEDY TRIAL |
| ) | ACT |
| TRENT ALLEN WOODMORE, (02) ) | |
| ) | OLD TRIAL DATE: November 6, 2007 |
| Defendant. ) | NEW TRIAL DATE: January 15, 2008 |
| ) | |

STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On October 9, 2007, this Court heard and granted Defendant Woodmore's unopposed motion to continue the trial in this matter. Based upon that ruling, the parties hereby enter into the following stipulation regarding the Speedy Trial Act:

A. The United States of America and the Defendant, Trent Allen Woodmore, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from November 6, 2007 and the new trial

date from computation under the Speedy Trial Act.  The reasons for the continuance are:

    Defendant's counsel, Richard Rosen, has been engaged in an approximately six-month long trial in California that recently concluded in a mistrial on September 26, 2007.  He is presently out of the country and will not return until October 29, 2007. Due to his obligations to his client who was on trial as well as the fact that Mr. Woodmore has been housed in Hawaii since August, 2007, whereas Mr. Rosen lives and works in California, Mr. Rosen has not had a reasonable opportunity to discuss this case with Mr. Woodmore and has been unavailable to adequately prepare for trial.  The parties agree that this continuance will allow for adequate preparation for defense counsel and for continuity of counsel.

    B.  The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and:

    1.  The failure to grant such a continuance would be likely

        ___to make a continuation of such proceeding impossible

        __x_to result in a miscarriage of justice.

2.   The case is so

     ___unusual

     ___complex

due to

     ___the number of defendants

     ___the nature of the prosecution

     ___the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3.   The failure to grant the continuance would

     ___deny the defendant reasonable time to obtain counsel

     _x__unreasonably deny the defendant continuity of counsel

     ___unreasonably deny the government continuity of counsel

     _x__deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

     ___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.   (Other factors considered)_____.

  C. The parties further agree that the period of time from November 6, 2007 to and including January 15, 2008, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

  DATED October 15, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By/s/ Candace Kelly
         CANDACE KELLY
         Assistant U.S. Attorney


        /s/ Pamela O'Leary Tower
        PAMELA O'LEARY TOWER
        Local Counsel for Defendant
         TRENT ALLEN WOODMORE


ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

  On October 9, 2007, the Court heard and granted the Defendant's motion to continue the trial in this matter. In accordance with the Order issued at the hearing, the above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as

findings by the court.  For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for January 15, 2008;

(2) the final pretrial conference is set for December 17, 2007 at 10 a.m. before the Honorable Leslie E. Kobayashi;

(3) the defendant's motions, if any are due on or before December 4, 2007;

(4) the government's responses to the Defendant's motions are due on or before December 18, 2007.

IT IS FURTHER ORDERED that the period of time from November 6, 2007, to and including January 15, 2008, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

DATED: October 15, 2007, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

USA v. TRENT ALLEN WOODMORE,
Cr. No. 02-00177 HG
"Stipulation and Order Continuing Trial Date and Excluding Time under the Speedy Trial Act"