EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK         3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Tom.Muehleck@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00177-02 HG |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE ON BEHALF |
| ) | OF THE UNITED STATES |
| vs. ) | |
| ) | |
| TRENT ALLEN WOODMORE,    (02) ) | |
| ) | |
| Defendant. ) | |
| _____) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Assistant United States Attorney Thomas Muehleck, and hereby enters his appearance before the U.S. District Court, District of Hawaii, on behalf of the United States for the above-captioned case.  Assistant U.S. Attorney

Candace Kelly has returned to the Northern District of California and is no longer representing the United States in this case.

DATED: October 25, 2007,  at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By   /s/ Thomas Muehleck
> _____
>    THOMAS MUEHLECK
>    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

    PAMELA O'LEARY TOWER      pamelatower@earthlink.net

    Attorney for Defendant
    TRENT ALLEN WOODMORE

<u>Served by First Class Mail:</u>

    ROGER J. ROSEN
    1801 Avenue of the Stars Ste 900
    Los Angeles, CA 90067-5803

    Attorney for Defendant
    TRENT ALLEN WOODMORE

DATED: October 25, 2007, at Honolulu, Hawaii.

/s/ Kari Cadelinia
_____