```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:tom.muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00177 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | TRIAL DATE AND EXCLUDING |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT |
| TRENT ALLEN WOODMORE, | ) | |
| | ) | OLD TRIAL DATE: 01/15/08 |
| Defendant. | ) | NEW TRIAL DATE: 03/04/08 |
| _____ | ) | |

STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

   A. The United States of America and the Defendant, Trent Allen Woodmore, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from January 15, 2008, and the new trial date from computation under the Speedy Trial Act.  The reason(s) for the continuance is (are):

     Mainland counsel is in trial and unavailable until March, 2008.

      B.   The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and [check all that apply, but per the statute 2 and 3 cannot both be checked]:

    1.   The failure to grant such a continuance would be likely

        ___to make a continuation of such proceeding impossible

        ___to result in a miscarriage of justice.

    2.   The case is so

        ___unusual

        ___complex

due to

        ___the number of defendants

        ___the nature of the prosecution

        ___the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

    3.   The failure to grant the continuance would

        ___deny the defendant reasonable time to obtain counsel

        ___unreasonably deny the defendant continuity of counsel

    ___ unreasonably deny the government continuity of counsel

    **XX** deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

  4. (Other factors considered)_____.

  C. The parties further agree that the period of time from January 15, 2008, to and including March 4, 2008, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

  DATED _____, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        /s/ Thomas Muehleck
       By_____
        THOMAS MUEHLECK
        Assistant U.S. Attorney



        /s/ Pamela O'Leary Tower
        PAMELA O'LEARY TOWER
        Attorney for Defendant
        TRENT ALLEN WOODMORE

ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

  The above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court.  For the reasons stated, IT IS HEREBY ORDERED:

  (1) the jury selection and trial are set for March 4, 2008;

  (2) the final pretrial conference before Judge Gillmor is set for February 15, 2008, at 8:30 a.m.;

  (3) the final pretrial conference before Magistrate Judge Kobayashi is set for February 4, 2008, at 10:00 a.m.;

  (3) defense motions are due on January 22, 2008, and the government's responses are due on February 5, 2008.

//
//
//
//
//
//
//
//
//

    IT IS FURTHER ORDERED that the period of time from [date of hearing or stipulation] to and including [new trial date], constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

        DATED <u>December 14,</u> 2007, at Honolulu, Hawaii.



          /s/ Helen Gillmor

        Chief United States District Judge

USA v. TRENT ALLEN WOODMORE, ET AL.
Cr. No. 02-00177 HG
"Stipulation and Order Continuing Trial Date and Excluding Time under the Speedy Trial Act"     5