# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00177HG |
| CASE NAME: | USA vs. (02) TRENT ALLEN WOODMORE, aka "MJ", aka "Shoreline" |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | (02) Roger J. Rosen<br>Pamela O'Leary Tower |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 12/27/2007 | TIME: | 11:01-11:32 |

COURT ACTION: EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (02) Trent Allen Woodmore present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc.

Plea of Guilty as to Counts 1, 18, 19, 21 and 23 of the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Counts 1, 18, 19, 21 and 23 of the Indictment set for 2:15 p.m. 5/8/2008 before Judge Helen Gillmor.

Defendant (02) Trent Allen Woodmore remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager