# ORIGINAL

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2950
Tom.Muehleck@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177-02 HG |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN A |
| | ) | FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| TRENT ALLEN WOODMORE,  (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United

States Magistrate Judge of my right to enter my plea in this case

before a United States District Judge.  I hereby declare my

intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the

proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea.  I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted,

a presentence investigation and report will be ordered pursuant

to Rule 32, Fed.R.Crim.P.  I further understand that the assigned

United States District Judge will then act on the Magistrate

Judge's Report and Recommendation; and, if the plea of guilty is

accepted, will adjudicate guilt and schedule a sentencing hearing

at which the District Judge will decide whether to accept or

reject any associated plea agreement, and will determine and

impose sentence.

DATED: December 27, 2007, at Honolulu, Hawaii.


_____
TRENT ALLEN WOODMORE
Defendant


_____        _____
ROGER J. ROSEN                          PAMELA O'LEARY TOWER
ATTORNEY FOR D                          Attorney for Defendant
TRENT WOODMORE                          TRENT ALLEN WOODMORE

                                        APPROVED:


                                        _____
                                        THOMAS MUEHLECK
                                        Assistant U.S. Attorney