AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2008

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00177 HG 02 |
| TRENT ALLEN WOODMORE (02)<br>  aka "MJ"<br>    "Shoreline"<br>(Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST TRENT ALLEN WOODMORE (02) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 21 USC 846 - Conspiracy to distribure controlled substance, Schedule II - Count 1.
Title 21 USC 841 - Sell, distribute or dispense controlled substance, Schedule II - Count 18.
Title 21 USC 843 - Use of communication facility controlled substance, Schedule II - Counts 19, 21, & 23.

in violation of Title 21 United States Code, Section(s) 846, 841, 843.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | May 1, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL.        By: Barry M. Kurren, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>SA Byron T. Daniel / FBI | SIGNATURE OF ARRESTING OFFICER<br>_Byron T. Daniel_ |
|---|---|---|
| Date of Arrest  08/26/07 | | |

AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00177 HG 02 |

TRENT ALLEN WOODMORE (02)
   aka "MJ"
      "Shoreline"
(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST TRENT ALLEN WOODMORE (02) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 21 USC 846 - Conspiracy to distribure controlled substance, Schedule II - Count 1.
Title 21 USC 841 - Sell, distribute or dispense controlled substance, Schedule II - Count 18.
Title 21 USC 843 - Use of communication facility controlled substance, Schedule II - Counts 19, 21, & 23.

in violation of Title 21 United States Code, Section(s) 846, 841, 843.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Bernadette Black | May 1, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL.        By: Barry M. Kurren, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |