EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| TRENT ALLEN WOODMORE, (02), | ) | Date:   May 8, 2008 |
| | ) | Time:   2:15 p.m. |
| Defendant. | ) | Judge:  Hon. Helen Gillmor |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED: April 2, 2008, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii


                                        By /s/ Thomas Muehleck
                                           THOMAS MUEHLECK
                                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

1.  Ms. Pamela O'Leary Tower                         April 2, 2008
    [pamelatower@earthlink.net](mailto:pamelatower@earthlink.net)

Served by First Class Mail:

2.  Mr. Roger J. Rosen                               April 2, 2008
    Attorney at Law
    1801 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067-5803

    Attorneys for Defendant
    Trent Allen Woodmore

Served by hand-delivery:

Probation Officer                                    April 2, 2008
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                                /s/ Rowena Kang