ROGER J. ROSEN, California Bar No. 88964
Attorney at Law
1801 Avenue of the Stars
Los Angeles, California 90067
Telephone:  (310) 557-1242
Email: rogerjrosen@juno.com

PAMELA O'LEARY TOWER  #6152
1050 Bishop Street, #503
Honolulu, HI  96813
Te/Fax: (808) 536-8043
Cell: (808) 255-2949
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA , )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>TRENT ALLEN WOODMORE, )<br>)<br>Defendant. )<br>_____ )<br>) | CR. NO. 02-00177 HG<br><br><br><br><br><br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>DATE FOR DEFENDANT TRENT<br>ALLEN WOODMORE |

STIPULATION AND ORDER CONTINUING SENTENCING DATE
<u>FOR DEFENDANT TRENT ALLEN WOODMORE</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties

herein that the sentencing in this matter be and hereby is continued from May 8, 2008, at 2:15 p.m., to May 16, 2008, at 1:30 p.m.

    DATED:  Honolulu, Hawaii, _April 25, 2008.

        /s/ Pamela O'Leary Tower_____
        PAMELA O'LEARY TOWER
        Attorney for Defendant WOODMORE

        /s/ Thomas Muehleck_____
        THOMAS MUEHLECK
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, April 25, 2008.



         **/s/ Helen Gillmor**_____
        Chief United States District Judge

_____
UNITED STATES v.  WOODMORE: CR. NO. 02-00177 HG; Stipulation and Order Continuing Sentencing Date for Defendant TRENT ALLEN WOODMORE