ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 557-1242
Email: rogerjrosen@juno.com

PAMELA O'LEARY TOWER #6152
1050 Bishop Street, #503
Honolulu, HI 96813
Te/Fax: (808) 536-8043
Cell: (808) 255-2949
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **LETTER FROM KECIA ELLIOT** |
| | ) | **IN SUPPORT OF SENTENCING;** |
| | ) | **CERTIFICATE OF SERVICE** |
| TRENT ALLEN WOODMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**LETTER FROM KECIA ELLIOT IN SUPPORT OF SENTENCING**

COMES NOW Defendant TRENT ALLEN WOODMORE, by and through his attorneys, Roger J. Rosen and Pamela O'Leary Tower, and hereby submits the attached letter from Kecia Elliot in support of his sentencing in the above entitled matter.

DATED: Honolulu, Hawaii, May 9, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PAMELA O'LEARY TOWER
　　　　　　　　　　　　　　　　Attorney for TRENT ALLEN WOODMORE