April 1, 2008

The Honorable Helen Gillmor
Chief Judge
United States District Court-District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Dear Judge Gillmore:

    My name is Ms. Kecia Elliott and I am writing to you on behalf of Mr. Trent Woodmore. I am aware that Trent is pending sentencing for a federal drug charge, and he has pleaded guilty to this crime. I have known Trent for over 20 years and he is a wonderful person and good friend of mine. During this time I have found that Trent is a very pleasant and hard working young man, who gets along well with everyone he knows. Trent is currently working as a barber at the Federal Detention Center where he is currently placed while awaiting sentencing. Trent is a wonderful and loving father who will go out of his way to help anyone at anytime. While awaiting sentencing, Trent still seems to be a strong willed and determined person who realizes the wrong that he has done in his life, and the bad decisions he has made. Trent is greatly missed from the community where he lived and everyone constantly wants to know how he is doing. Trent always tell me that he is okay even though I know sometimes, he is not. Trent often speak of how he miss his children, family, and friends. Trent is very aware of the charges that he is facing and is currently paying his debt to society. During my time of being around Trent he always try to tell me what is right or wrong, and he teaches his children to do right as well.

Judge Gillmore, it has been my pleasure as a wonderful friend to write you this letter on behalf of Mr. Trent Woodmore. I believe that Trent Woodmore has learned from this experience, and if given a chance I know he would be able to function in society, and make wiser decisions as one should. Should you have any questions or concerns regarding Mr. Woodmore, please do not hesitate to contact me at anytime at the number listed below.

Sincerely,

*Kecia Elliott R.N.*

Kecia Elliott R.N.
P.O. Box 23048
Dearborn, Michigan 48123
313-8671101