## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served by Hand Delivery

THOMAS MUEHLECK
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for the United States

U.S. PROBATION OFFICE
Attn: NEIL W. TSUKAYAMA
PJKK Federal Building, Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, May 9, 2008.

_____
PAMELA O'LEARY TOWER
Attorney for TRENT ALLEN WOODMORE