ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 557-1242
Email: rogerjrosen@juno.com

PAMELA O'LEARY TOWER  #6152
1050 Bishop Street, #503
Honolulu, HI  96813
Te/Fax: (808) 536-8043
Cell: (808) 255-2949
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **LETTER FROM RACHEL BROWN IN SUPPORT OF SENTENCING; CERTIFICATE OF SERVICE** |
| TRENT ALLEN WOODMORE, | ) | |
| Defendant. | ) | |

**LETTER FROM RACHEL BROWN IN SUPPORT OF SENTENCING**

COMES NOW Defendant TRENT ALLEN WOODMORE, by and through his attorneys, Roger J. Rosen and Pamela O'Leary Tower, and hereby submits the attached letter from Rachel Brown in support of his sentencing in the above entitled matter.

DATED: Honolulu, Hawaii, May 21, 2008.

/s/ Pamela O'Leary Tower
PAMELA O'LEARY TOWER
Attorney for TRENT ALLEN WOODMORE

CERTIFICATE OF SERVICE

PAMELA O'LEARY TOWER , hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

Served Electronically through CM/ECF:

    THOMAS MUEHLECK          Tom.Muehleck@usdoj.gov
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813
    Attorney for the United States

FACSIMILE:
    U.S. PROBATION OFFICE
    Attn:  Neil Tsukayama
    Senior U.S. Probation Officer
    PJKK Federal Building,  Room C-110
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    DATED:    Honolulu, Hawaii, May 21, 2008.

                        /s/ Pamela O'Leary Tower
                        PAMELA O'LEARY TOWER
                        Attorney for TRENT ALLEN WOODMORE