*Dear Honorable Presiding Judge,*

*I am writing this letter in regards to Trent Woodmore.*

*My name is Rachel Brown. I have known Trent since 1985, for approximately 23 years. When we met we were teenagers growing up in Southern California. As a youth Trent was into basketball, dirt biking and other sports until he sustained a serious injury to his leg which ended his athletics. In Southern California gangs, drugs and other types of crime are prevalent which make it hard for the urban youth to stay out of trouble. Harder for some than others..*

*Trent was my boyfriend and my best friend from 1985 to 1989 even though we come from different walks of life. I graduated from high school but Trent didn't, I came from an affluent background but Trent didn't. I was exposed to many positive things and had goals, expectations and a desire to achieve more out of life. I had hoped being around me would give him the motivation he needed to share in my dreams for our future. Unfortunately none of his friends shared any of those aspirations which made it very difficult for him to progress. In an attempt to ensure that we didn't head down the same wrong path that so many of our peers were taking I enlisted in the Army so that we could move away. In 1988 I got us an apartment in Colorado near where I was stationed and enrolled him in school so he could go back and get his diploma. By now he had become acquainted with a different crowd, one that was unhealthy for him to be associating with. While I was home on Christmas leave in 1988 I became pregnant with our daughter Kaiya, but his attraction to his new group of peers with the fast cars, women and money was too strong and he chose not to live out our plans of him moving with me to finish school and start our family. Instead of living our lives together we ended up going our separate ways. I returned home from the military in 1992 but moved to the bay area with our daughter where I presently reside.*

*Trent has been a loving father to all of his children. My daughter would visit him on summer and holiday vacations. She misses him deeply and I am sure all of his children share her sentiment.*

*I don't think he ever imagined what it would be like to lose his freedom, his family and in many ways his life. I am sure that he is learning a valuable but hard and*

*painful lesson right now. I am sure that he will not be a career criminal and will not do anything to put himself into this type of situation ever again. There is no doubt in my mind that given the opportunity Trent will be a productive and positive member of society. He has skills which he can use to hold a good job and I am willing to personally do whatever I can to facilitate employment and residence for him in an area away from the Southern California life that he once lived where he found all of this trouble. Our daughter is presently in school to get her cosmetology license and I am willing to do whatever I can to help open up a shop for them since with his skills he could barber alongside her in a safe clean environment.*

*My desire to see my daughters father succeed in life and be a proud father figure for her to look up to is as strong today as it was when I tried to provide a better life for us so many years ago.*

*Trent is a father and a grandfather. I am sure he would not do anything to jeopardize his freedom or family ever again. He has a loving family that wants to see him do well and prosper. Please consider all of this when making your sentencing decision.*

*Thank you for your time.*

*Sincerely,*

*Rachel T. Brown*