ORIGINAL

ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 557-1242
Email: rogerjrosen@juno.com

PAMELA O'LEARY TOWER #6152
1050 Bishop Street, #503
Honolulu, HI 96813
Te/Fax: (808) 536-8043
Cell: (808) 255-2949
Email: pamelatower@earthlink.net

Attorneys for Defendant WOODMORE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 09 2008

at 1 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00177 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CHARACTER LETTERS IN SUPPORT OF SENTENCING; CERTIFICATE OF SERVICE** |
| TRENT ALLEN WOODMORE, | ) | |
| Defendant. | ) | |

**CHARACTER LETTERS IN SUPPORT OF SENTENCING**

COMES NOW Defendant TRENT ALLEN WOODMORE, by and through his attorneys, Roger J. Rosen and Pamela O'Leary Tower, and hereby submits the attached letters in support of his sentencing in the above entitled matter.

DATED: Honolulu, Hawaii, June 9, 2008.

PAMELA O'LEARY TOWER
Attorney for TRENT ALLEN WOODMORE

To the Honorable Judge

My name is Trenell Woodmore and I am one of Trent's triplets' sons. I am writing this letter on the behalf of my dad, Trent Woodmore. I am very saddened to hear and having to experience his incarceration. I have had the pleasure of having such a great dad. My dad has been there for me when I needed him the most. He is a caring person that my friends and I like to hang out with. My dad was the coach of my basketball team. Which my brothers and I liked very much, my dad has instilled family values, morals, and respect in me since birth. This year my brothers and I are graduating from high school, and all of us will be attending college this fall. Even through my dad has missed my whole high school experience I need him here home to support and guide me through my college experience.

Sincerely,


Trenell Woodmore

To the Honorable judge,

My name is Travon Woodmore one of Trent Woomore's triplet sons. I am writing this letter to you on the behalf of my wonderful, loving, caring father Trent Woodmore. I was hurt and crushed having to hear that my father had been incarcerated. Being in prison is not a place for my father who has always been there for my brothers and I. I understand mistakes are made and that a second chance of opportunity can take more of a positive path the second time around. He honestly and respectfully understand and knows what he has done was not the best choice.  My father has always stressed to my brothers and I that your education is one of the most important things in life and that no one could ever take that from you no matter what.  My father taught me how to play basketball at a young age and I love to play the game until this day because it reminds me of my father and I playing at the park, him teaching me the correct way on how to play. Also one reason my father introduced basketball to me because it is a sport he really enjoys playing. It was like yesterday I could hear his voice saying, "practice makes perfect", not having my father can make a drastic change  in a young boys life an how to go about  the decisions that  he has to make. Now that I am older, I understand choices are made for a reason. This year my brothers and I are seniors in high school and are graduating from Colony High School and it hurts just to know that he will not be present to see my brothers and I walk across the stage, seeing proud tears running down his face of all our hard work and success. Mistakes can be fixed with another chance to make a change.

Thank you for your consideration,

Sincerely,

Travon Woodmore

To the Honorable Judge,

My name is Trent Woodmore the 2nd and I am one of Trent's Triplet sons. I am writing this letter to you on the behalf of my loving father Trent Woodmore. I was heartbroken when I heard that my father was imprisoned. Prison is not the place for my father. He is ready to come home to a family that cares very much about him and wants him. My father is a great, loving, respectable man. He taught my brothers and me many things about life. He has taught us how important education is to become successful in the world. My father has always been there for my brothers and me. I remember when he first taught me how to ride a bike, I couldn't get the hang of it so I cried and ran in the house to my father he said, "Son there will be a lot of times you want to give up on something because its challenging don't never give up on anything." Then from there I carried my dads' voice in my head though out my high school years of his absence. From my father being gone from us it has been very hard and orchard because he has never missing in our life and from us growing up from little boys to men we need our father figure to teach us things because a women cannot teach you everything on how to become a man. I just ask you to consider this letter on my father's behalf, because we all make mistakes but we all sometimes deserve a second chance at life.

Thank you for the consideration.

Sincerely,

Trent Woodmore

To the Honorable Judge

  My Name is Dana Pfeiffer. I am writing this letter on behalf of Trent Woodmore. Trent and I have a set of triplet boys together who are seniors in high school. Trent and I have been separated for quite some time now, we've continued to maintain a good relationship in regards to our sons. When Trent and I were together, he has always been a supportive mate.  Trent is a loving, he always been respectable around others and me.  Due to momentary lapse of judgment, he made a mistake, Trent has truly suffered from this mistake he has missed his triplets' senior year of high school their first driving experience, prom graduation, and among other things. What I am asking is that you consider the sentence that you will hand down, and the young men that he has left here. Our sons have truly suffered from Trent's incarceration. I really believe that Trent made a mistake, I'm not diminishing or trivializing what happened, but I believe that Trent made a mistake that he will definitely not make again. My sons and I are going to work to make Trent better from this experience. I believe in second chances. I know with the support that Trent gets from his family he will be on the right path and will not make this mistake again.

If you require any other information from me, please feel free to contact me at 909-395-6987

Sincerely,


Dana Pfeiffer

## CERTIFICATE OF SERVICE

PAMELA O'LEARY TOWER , hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

Served

FACSIMILE:

    THOMAS MUEHLECK        Tom.Muehleck@usdoj.gov
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813
    Attorney for the United States

FACSIMILE:
    U.S. PROBATION OFFICE
    Attn: Neil Tsukayama
    Senior U.S. Probation Officer
    PJKK Federal Building, Room C-110
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    DATED:    Honolulu, Hawaii, June 9, 2008.

                            PAMELA O'LEARY TOWER
                            Attorney for TRENT ALLEN WOODMORE