# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00177HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) TRENT ALLEN WOODMORE, aka "MJ", aka "Shoreline" |
| ATTY FOR PLA: | Thomas C. Muehleck, AUSA |
| ATTYS FOR DEFT: | (02) Roger J. Rosen, Esq. |
| | (02) Pamela O'Leary Tower, Esq. |
| U.S.P.O.: | Neil W. Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | June 12, 2008 | TIME: | 3:00 - 3:55 |

COURT ACTION:   SENTENCING TO COUNTS 1, 18, 19, 21, AND 23 OF THE INDICTMENT AS TO DEFENDANT (02) TRENT ALLEN WOODMORE, aka "MJJ", aka "Shoreline" -

The defendant is present, in custody.
No Memorandum of Plea Agreement.

Allocution by the defendant.

ADJUDGED:

   IMPRISONMENT: 200 MONTHS, as to each of Counts 1 and 18, and 48 MONTHS as to each of Counts 19, 21, and 23, to be served concurrently with each other and with Case No. 02CR-193 in the Western District of North Carolina.

   SUPERVISED RELEASE: 5 YEARS as to each of Counts 1 and 18, and 1 YEAR as to each of Counts 19, 21, and 23 with all terms to be served concurrently, upon the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office access to any requested financial information.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $500.00 ($100.00 per count)

Advised of rights to appeal the sentence.

RECOMMENDATIONS: FCI Terminal Island , CA or the southern California area. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager